Fill in this information to identify the case:

United States Bankruptcy Court for the:

**District of Minnesota**

Case number (*If known*): _____ Chapter __11__

☐ Check if this is an
amended filing

# Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy     04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | M & N Structures, Inc. |

| | |
|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names |

| | |
|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) |

41-1693645

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 301 Industrial Blvd | |
| Number       Street | Number       Street |
| | P.O. Box |
| Winsted                MN    55395 | |
| City                   State   ZIP Code | City                   State   ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| McLeod County | |
| County | Number       Street |
| | City                   State   ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding  LLP)<br>☐ Other. Specify: _____ |

| Debtor | M & N Structures, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.naics.com/search/ .

3323

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes.   District _____ When _____ Case number _____
                                       MM / DD / YYYY

              District _____ When _____ Case number _____
                                       MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes.   Debtor _____ Relationship _____

              District _____ When _____
                                                           MM / DD / YYYY

              Case number, if known _____

Debtor    M & N Structures, Inc.
_____    Case number (if known)_____
Name

---

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

Where is the property?_____
Number        Street

_____

_____
City                                    State      ZIP Code

Is the property insured?

☐ No
☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

---

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☑ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

---

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

---

Debtor    M & N Structures, Inc.
_____    Case number *(if known)*_____
          Name

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

---

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   07/30/2025
            MM   / DD / YYYY

✖ /s/ Jonathan Henriksen                              Jonathan Henriksen
_____              _____
Signature of authorized representative of debtor        Printed name

Title   President
_____

**18. Signature of attorney**

✖ /s/ Cameron Lallier                      Date   07/30/2025
_____          _____
Signature of attorney for debtor                  MM   / DD / YYYY

Cameron Lallier
_____
Printed name
Bassford Remele, A Professional Association
_____
Firm name
100 South 5th Street 1500
_____
Number       Street
Minneapolis                              MN      55402-1254
_____    _____    _____
City                                     State    ZIP Code
612-376-1621                             clallier@bassford.com
_____    _____
Contact phone                            Email address

0393213                                  MN
_____    _____
Bar number                               State

---

**Fill in this information to identify the case:**

Debtor name _____M & N Structures, Inc._____

United States Bankruptcy Court for the: ___District of Minnesota___

(State)

Case number (If known): _____

☐ Check if this is an
amended filing

# Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

**12/15**

---

**Part 1:**   Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B* .................................................... | $ _____0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B* ................................................. | $ ___3,092,696.08

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B* .................................................. | $ ___3,092,696.08

---

**Part 2:**   Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* ................ | $ ___3,042,000.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 6a of *Schedule E/F*........................................ | $ _____0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F* .......................... | +$ ___2,204,089.04

4. **Total liabilities**..............................................................................................
   Lines 2 + 3a + 3b | $ ___5,246,089.04

---

**Fill in this information to identify the case:**

Debtor name ___M & N Structures, Inc.___

United States Bankruptcy Court for the: ___District of Minnesota___

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Benson-Orth Associates, Inc. 1000 Boone Avenue N Suite 100 Minneapolis, MN, 55427 | | Monies Loaned / Advanced | Disputed | | | 460,000.00 |
| 2 | Everest Steel, Inc. 2722 Illsley Ave SW Howard Lake, MN 55349 | | Suppliers or Vendors | | | | 452,231.69 |
| 3 | Canam Steel Corporation 4010 Clay Street Point of Rocks, MD 21777 | | Suppliers or Vendors | | | | 359,000.00 |
| 4 | Brown Strauss Inc. 802 Kindleberger Rd Kansas City, KS 66115 | | Suppliers or Vendors | | | | 239,765.00 |
| 5 | West Central Steel 110 19th Street NW P.O. Box 1178 Willmar, MN 56201-1178 | | Suppliers or Vendors | | | | 154,943.20 |
| 6 | Betsy Niemeier 16611 Bywood Lane Minnetonka, MN, 55345 | | Monies Loaned / Advanced | | | | 110,000.00 |
| 7 | Infra-Metals Co. 5401 Highway 41 North #9400 Evansville, IN 47711 | | Suppliers or Vendors | | | | 96,732.88 |
| 8 | Opus Design Build, L.L.C. 10350 Bren Road W Hopkins, MN, 55343 | | Monies Loaned / Advanced | | | | 56,000.00 |

| Debtor | M & N Structures, Inc. | | | Case number (if known) | |
|---|---|---|---|---|---|
| | Name | | | | |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | KCR Advisory LLC 7111 Oak Pointe Curve Bloomington, MN 55438 | | Services | | | | 41,000.00 |
| 10 | Central McGowan, Inc. 139156 PO BOX 1691 MINNEAPOLIS, MN 55480 - 1691 | | Suppliers or Vendors | | | | 24,122.13 |
| 11 | Advanced Imaging Solutions 6121 Baker Road Suite 110 Minnetonka, MN 55345 | | Services | | | | 17,755.85 |
| 12 | Safety Rail Co 4244 Shoreline Dr Spring Park, MN 55384 | | Suppliers or Vendors | | | | 17,104.30 |
| 13 | McLeod County Auditor-Treasurer 520 Chandler Ave N Glencoe, MN 55336-2823 | | | | | | 16,609.00 |
| 14 | Froehling Anderson Ltd. 400 Highway 169 S, Suite 400 St. Louis Park, MN 55426 | | Services | | | | 15,837.50 |
| 15 | Innovative Structural Solutions, P.A. 5279 Kyler Avenue NE Albertville, MN 55301 | | Services | | | | 14,442.23 |
| 16 | Quality Forklift Sales & Service, Inc. 3500 12th Ave E Shakopee, MN 55379 | | Services | | | | 13,698.54 |
| 17 | Optima 130 Cedar Street Saint Paul, MN 55110 | | Services | | | | 12,734.23 |
| 18 | Diamond Vogel 2100 North Second St Minneapolis, MN 55411 | | Suppliers or Vendors | | | | 11,113.12 |
| 19 | AZZ Galvanizing-Winsted 800 6th St South Winsted, MN 55395 | | Services | | | | 9,597.48 |
| 20 | BPS Fabrication 314 State Road 35 Osceola, WI 54020 | | Suppliers or Vendors | | | | 8,623.00 |

**Fill in this information to identify the case:**

Debtor name __M & N Structures, Inc._____

United States Bankruptcy Court for the: __District of Minnesota_____

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:   Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand**   $ 122.17

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | U.S. Small Business Administration | Savings | | $ 5.00 |
| 3.2. | BMO Bank N.A. | Checking | 5  2  0  7 | $ 283,738.54 |

4. **Other cash equivalents** *(Identify all)*

   4.1. _____   $_____
   4.2. _____   $_____

5. **Total of Part 1**   $ 283,865.71

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2:   Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   7.1. Security Deposit - 135 1st Street N.   $ 4,500.00
   7.2. _____   $_____

Debtor    M & N Structures, Inc.
_____
Name

Case number *(if known)*_____

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1. Prepaid Expenses _____ $ 30,192.51 _____

8.2. _____ $ _____

9. **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81. | $ 34,692.51

| **Part 3:** | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

|  | **Current value of debtor's interest** |
|---|---|

11. **Accounts receivable**

| | | | | | |
|---|---|---|---|---|---|
| 11a. 90 days old or less: | 1,449,311.51 | – | 36,745.00 | = ....➔ | $ 1,412,566.51 |
| | face amount | | doubtful or uncollectible accounts | | |
| 11b. Over 90 days old: | 390,821.65 | – | 390,821.65 | = ....➔ | $ 0.00 |
| | face amount | | doubtful or uncollectible accounts | | |

12. **Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82. | $ 1,412,566.51

| **Part 4:** | Investments |
|---|---|

13. **Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

|  | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1. _____ _____ $ _____

14.2. _____ _____ $ _____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                    % of ownership:

15.1. _____ _____% _____ $ _____

15.2. _____ _____% _____ $ _____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1. _____ _____ $ _____

16.2. _____ _____ $ _____

17. **Total of Part 4**

Add lines 14 through 16. Copy the total to line 83. | $ _____

Debtor    M & N Structures, Inc.
_____    Case number *(if known)*_____
          Name

---

## Part 5:    Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 20. **Work in progress** _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 21. **Finished goods, including goods held for resale** _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 22. **Other inventory or supplies** Inventory _____ | _____ MM / DD / YYYY | $_____ | | 508,904.35 $_____ |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$ 508,904.35

24. **Is any of the property listed in Part 5 perishable?**

☑ No

☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes. Book value _____   Valuation method_____   Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

## Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** _____ | $_____ | _____ | $_____ |
| 29. **Farm animals** *Examples*: Livestock, poultry, farm-raised fish _____ | $_____ | _____ | $_____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) _____ | $_____ | _____ | $_____ |
| 31. **Farm and fishing supplies, chemicals, and feed** _____ | $_____ | _____ | $_____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** _____ | $_____ | _____ | $_____ |

---

Official Form 206A/B          **Schedule A/B: Assets — Real and Personal Property**          page 3

33. **Total of Part 6.**

   Add lines 28 through 32. Copy the total to line 85.

   $_____

34. **Is the debtor a member of an agricultural cooperative?**

   ☐ No

   ☐ Yes. Is any of the debtor's property stored at the cooperative?

      ☐ No

      ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

   ☐ No

   ☐ Yes. Book value $_____ Valuation method _____ Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

   ☐ No

   ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

   ☐ No

   ☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ☐ No. Go to Part 8.

   ☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | $_____ | _____ | $_____ |
| 40. **Office fixtures** | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** Office Computers and Related Equipment | $_____ | _____ | $ 24,000.00 |

42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

| 42.1 _____ | $_____ | _____ | $_____ |
|---|---|---|---|
| 42.2 _____ | $_____ | _____ | $_____ |
| 42.3 _____ | $_____ | _____ | $_____ |

43. **Total of Part 7.**

   Add lines 39 through 42. Copy the total to line 86.

   $ 24,000.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

   ☑ No

   ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

   ☑ No

   ☐ Yes

Debtor
M & N Structures, Inc.
Name _____

Case number (if known) _____

---

**Part 8:** Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 _____ | $_____ | _____ | $_____ |
| 47.2 _____ | $_____ | _____ | $_____ |
| 47.3 _____ | $_____ | _____ | $_____ |
| 47.4 _____ | $_____ | _____ | $_____ |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 _____ | $_____ | _____ | $_____ |
| 48.2 _____ | $_____ | _____ | $_____ |
| **49. Aircraft and accessories** | | | |
| 49.1 _____ | $_____ | _____ | $_____ |
| 49.2 _____ | $_____ | _____ | $_____ |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** See continuation sheet | $ 0.00 | | $ 828,667.00 |

51. **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$ 828,667.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No

☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

Debtor _____
       M & N Structures, Inc.
       Name

_____ Case number (if known) _____

## Part 9:    Real property

54. **Does the debtor own or lease any real property?**
☐ No. Go to Part 10.
☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1  Office/Shop Lease for Property at 301 Industrial Blvd, Winsted, MN (Landlord - KBRA, LLC) | Office/Shop/Storage Yard Lease | $_____ | _____ | 0.00 $_____ |
| 55.2  Office Lease for 135 1st Street N., Winsted, MN 55395 (Landlord - George McGuire) | | $_____ | _____ | 0.00 $_____ |
| 55.3 | | $_____ | _____ | $_____ |

56. **Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

| |
|---|
| $_____ 0.00 |

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
☑ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 10:    Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**
☑ No. Go to Part 11.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** _____ | $_____ | _____ | $_____ |
| 61. **Internet domain names and websites** _____ | $_____ | _____ | $_____ |
| 62. **Licenses, franchises, and royalties** _____ | $_____ | _____ | $_____ |
| 63. **Customer lists, mailing lists, or other compilations** _____ | $_____ | _____ | $_____ |
| 64. **Other intangibles, or intellectual property** _____ | $_____ | _____ | $_____ |
| 65. **Goodwill** _____ | $_____ | _____ | $_____ |

66. **Total of Part 10.**
Add lines 60 through 65. Copy the total to line 89.

| |
|---|
| $_____ |

Debtor _____ Case number *(if known)*_____
     M & N Structures, Inc.
     Name

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

   ☐ No

   ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

   ☐ No

   ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

   ☐ No

   ☐ Yes

**Part 11:** All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ☑ No. Go to Part 12.

   ☐ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71. **Notes receivable**

   Description (include name of obligor)

   _____  _____ − _____ = ➜  $_____
                          Total face amount   doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

   Description (for example, federal, state, local)

   _____  Tax year _____ $_____

   _____  Tax year _____ $_____

   _____  Tax year _____ $_____

73. **Interests in insurance policies or annuities**

   _____  $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

   _____  $_____

   Nature of claim   _____

   Amount requested   $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

   _____  $_____

   Nature of claim   _____

   Amount requested   $_____

76. **Trusts, equitable or future interests in property**

   _____  $_____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

   _____  $_____

   _____  $_____

78. **Total of Part 11.**

   Add lines 71 through 77. Copy the total to line 90.   $_____

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

   ☐ No

   ☐ Yes

Debtor    M & N Structures, Inc.
_____    Case number *(if known)*_____
          Name

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 283,865.71 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 34,692.51 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 1,412,566.51 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 508,904.35 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 24,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 828,667.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ............................................. ➜ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. ............91a. | $ 3,092,696.08 | + 91b. $ 0.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ...................... 3,092,696.08 ....................... $ 3,092,696.08

Debtor 1     M & N Structures, Inc.

First Name    Middle Name    Last Name

Case number *(if known)*_____

## Continuation Sheet for Official Form 206 A/B

**50) Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| Virtek LTG LPS-10 System | | | 57,339.00 |
| Other Fixtures and Miscellaneous Equipment | | | 346,600.00 |
| High Fidelity Band Saw | | | 5,900.00 |
| Crane/CNC Machine | | | 49,715.00 |
| Fume Collector | | | 124,121.00 |
| Combilift | | | 108,135.00 |
| Lull Telehandler | | | 52,800.00 |
| Welder Equipment | | | 5,100.00 |
| Bend-Tech Dragon A400 | | | 78,957.00 |

**Fill in this information to identify the case:**

Debtor name _____ M & N Structures, Inc. _____

United States Bankruptcy Court for the: ___ District of Minnesota ___

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

**Part 1:**   List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A Amount of claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim |
|---|---|---|---|

**2.1** **Creditor's name**
BMO Bank N.A.

**Describe debtor's property that is subject to a lien**
Substantially All Assets of Debtor

$ 2,542,000.00        $ 2,542,000.00

**Creditor's mailing address**
111 W. Monroe Street
17th Floor, Chicago, IL 60603

**Describe the lien**
Agreement you made

**Creditor's email address, if known**
_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred** 03/15/2024
**Last 4 digits of account number** 0003

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor,

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.2** **Creditor's name**
U.S. Small Business Administration

**Describe debtor's property that is subject to a lien**
Substantially All of Debtor's Assets

$500,000.00        $500,000.00

**Creditor's mailing address**
2 North 20th Street
Suite 320, Birmingham, AL 35203

**Creditor's email address, if known**
_____

**Describe the lien**
Agreement you made

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred** 01/21/2022
**Last 4 digits of account number** 9106

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**          $ 3,042,000.00

| Debtor | M & N Structures, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Michael D. Gordon, Esq.<br>2200 IDS Center, 80 South Eighth Street<br>Minneapolis, MN, 55402 | Line 2. _1_ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |

**Fill in this information to identify the case:**

Debtor    M & N Structures, Inc.

United States Bankruptcy Court for the:   District of Minnesota

Case number
(if known) _____

☐ Check if this is an
amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☑ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1**   Priority creditor's name and mailing address

As of the petition filing date, the claim is:   $_____    $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

_____

Basis for the claim:

Last 4 digits of account
number   _____

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (_____)

**2.2**   Priority creditor's name and mailing address

As of the petition filing date, the claim is:   $_____    $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

_____

Basis for the claim:

Last 4 digits of account
number   _____

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (_____)

**2.3**   Priority creditor's name and mailing address

As of the petition filing date, the claim is:   $_____    $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

_____

Basis for the claim:

Last 4 digits of account
number   _____

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (_____)

Debtor    M & N Structures, Inc.
_____
          Name                                              Case number (if known)_____

## Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority
   unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

**3.1** | **Nonpriority creditor's name and mailing address**
Accurate Repair, Inc
13575 96th St SE Becker, MN 55308

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Services

$ 250.00

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.2** | **Nonpriority creditor's name and mailing address**
Advanced Imaging Solutions
6121 Baker Road Suite 110 Minnetonka, MN
55345

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Services

$ 17,755.85

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.3** | **Nonpriority creditor's name and mailing address**
Allplan/SDS2
8333 Glynoaks Drive, Suite 200 Lincoln, NE
68516

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Suppliers or Vendors

$ 4,011.00

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.4** | **Nonpriority creditor's name and mailing address**
Andy's Lawn & Snow LLC
19384 Babcock Avenue Lester Prairie, MN 55354

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Services

$ 617.41

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.5** | **Nonpriority creditor's name and mailing address**
ARC Document Solutions LLC
4730 Park Glen Rd St Louis Park, MN 55416

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Services

$ 600.00

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.6** | **Nonpriority creditor's name and mailing address**
AZZ Galvanizing-Winsted
800 6th St South Winsted, MN 55395

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Services

$ 9,597.48

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor  M & N Structures, Inc.

Name

Case number (if known) _____

## Part 2:    Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.7**  **Nonpriority creditor's name and mailing address**

Benson-Orth Associates, Inc.
1000 Boone Avenue N
Suite 100
Minneapolis, MN 55427

**As of the petition filing date, the claim is:**   $ 460,000.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Monies Loaned / Advanced

Date or dates debt was incurred   07/01/2024

Last 4 digits of account number   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.8**  **Nonpriority creditor's name and mailing address**

Betsy Niemeier
16611 Bywood Lane
Minnetonka, MN 55345

**As of the petition filing date, the claim is:**   $ 110,000.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Monies Loaned / Advanced

Date or dates debt was incurred   03/04/2025

Last 4 digits of account number   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.9**  **Nonpriority creditor's name and mailing address**

BPS Fabrication
314 State Road 35 Osceola, WI 54020

**As of the petition filing date, the claim is:**   $ 8,623.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.10**  **Nonpriority creditor's name and mailing address**

Brown Strauss Inc.
802 Kindleberger Rd Kansas City, KS 66115

**As of the petition filing date, the claim is:**   $ 239,765.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.11**  **Nonpriority creditor's name and mailing address**

Brown-Campbell Company
11800 Investment Drive Shelby Twp., MI 48315

**As of the petition filing date, the claim is:**   $ 2,866.50
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    M & N Structures, Inc.

Name

Case number *(if known)*_____

## Part 2:    Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.** 12    **Nonpriority creditor's name and mailing address**

Canam Steel Corporation
4010 Clay Street Point of Rocks, MD 21777

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 359,000.00

---

**3.** 13    **Nonpriority creditor's name and mailing address**

Central Hydraulics, Inc.
1158A HWY 7 Hutchinson, MN 55350

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 59.76

---

**3.** 14    **Nonpriority creditor's name and mailing address**

Central McGowan, Inc.
139156 PO BOX 1691 MINNEAPOLIS, MN
55480 - 1691

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 24,122.13

---

**3.** 15    **Nonpriority creditor's name and mailing address**

Challman and Company
2900 14th Avenue South PO Box 7264
Minneapolis, MN 55407

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 1,210.40

---

**3.** 16    **Nonpriority creditor's name and mailing address**

Coalition9
PO BOX 834 Lester Prairie, MN 55354

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 300.00

---

Debtor    M & N Structures, Inc.
_____
Name

Case number _(if known)_____

| **Part 2:** | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.17** Nonpriority creditor's name and mailing address

DaRan, Inc
PO BOX 284 Zimmerman, MN 55398

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 6,700.00

---

**3.18** Nonpriority creditor's name and mailing address

Diamond Vogel
2100 North Second St Minneapolis, MN 55411

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 11,113.12

---

**3.19** Nonpriority creditor's name and mailing address

ERA Structural Engineering
2550 University Avenue West Suite 423-S Saint Paul, MN 55114

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 1,600.00

---

**3.20** Nonpriority creditor's name and mailing address

Everest Steel, Inc.
2722 Illsley Ave SW Howard Lake, MN 55349

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 452,231.69

---

**3.21** Nonpriority creditor's name and mailing address

Ficep Corporation
2301 Industry Court Forest Hill Industrial Airpark Forest Hill, MD 21050

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 1,130.00

---

Debtor    M & M Structures, Inc.
Name

Case number (if known)

| **Part 2:** | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.22**  Nonpriority creditor's name and mailing address

Froehling Anderson Ltd.
400 Highway 169 S, Suite 400 St. Louis Park,
MN 55426

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services

$ 15,837.50

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.23**  Nonpriority creditor's name and mailing address

Handi Commercial Cleaning
228 Broadway Ave Saint Paul Park, MN 55071

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services

$ 1,002.90

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.24**  Nonpriority creditor's name and mailing address

Herc-U-Lift
5655 Highway 12 West P.O. Box 69 Maple Plain,
MN 55359-0069

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services

$ 3,615.45

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.25**  Nonpriority creditor's name and mailing address

HILTI
5400 South 122nd East Ave Tulsa, OK 74146

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 1,485.24

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.26**  Nonpriority creditor's name and mailing address

Infra-Metals Co.
 5401 Highway 41 North #9400 Evansville, IN
47711

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 96,732.88

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor     M & N Structures, Inc.
           Name                                                    Case number *(if known)*_____

## Part 2:     Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.27** **Nonpriority creditor's name and mailing address**

Innovative Structural Solutions, P.A.
5279 Kyler Avenue NE Albertville, MN 55301

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 14,442.23

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred        _____

Last 4 digits of account number        _____

---

**3.28** **Nonpriority creditor's name and mailing address**

JV Associates Ltd
PO Box 520 Hutchinson, MN 55350-0520

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 450.00

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred        _____

Last 4 digits of account number        _____

---

**3.29** **Nonpriority creditor's name and mailing address**

K-Way Express Inc.
PO Box 266 Winsted, MN 55395

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 6,650.00

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred        _____

Last 4 digits of account number        _____

---

**3.30** **Nonpriority creditor's name and mailing address**

KCR Advisory LLC
7111 Oak Pointe Curve Bloomington, MN 55438

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 41,000.00

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred        _____

Last 4 digits of account number        _____

---

**3.31** **Nonpriority creditor's name and mailing address**

Keystar Industries Inc.
1920 Shawnee Rd Eagan, MN 55122

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 5,909.00

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred        _____

Last 4 digits of account number        _____

---

Debtor   M & M Structures, Inc.
Name

Case number *(if known)*

## Part 2:    Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.** 32  **Nonpriority creditor's name and mailing address**

Knutson Trucking
PO Box 155 Hamel, MN 55340

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Services

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,603.00

---

**3.** 33  **Nonpriority creditor's name and mailing address**

Lakes Gas Company
PO Box 325 1101 Highway 7 West Silver Lake,
MN 55381

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Utility Services

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,300.00

---

**3.** 34  **Nonpriority creditor's name and mailing address**

LeJeune Bolt Company
3500 West Highway 13 Burnsville, MN
55337-1795

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Suppliers or Vendors

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,799.22

---

**3.** 35  **Nonpriority creditor's name and mailing address**

Loffler
PO Box 660831 Dallas, TX 75266-0831

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Services

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 954.97

---

**3.** 36  **Nonpriority creditor's name and mailing address**

Mars Supply
4319 W 1st Street Duluth, MN 55807

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Suppliers or Vendors

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,361.25

---

Debtor    M & N Structures, Inc.
Name

Case number *(if known)*_____

## Part 2:   Additional Page

| | Amount of claim |
|---|---|
| **Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.** | |

**3.37**   **Nonpriority creditor's name and mailing address**

McLeod County Auditor-Treasurer
520 Chandler Ave N Glencoe, MN 55336-2823

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 16,609.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   _____
Last 4 digits of account number   _____

---

**3.38**   **Nonpriority creditor's name and mailing address**

North Second Street Steel Supply Inc.
PO Box 583598 Minneapolis, MN 55458

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 7,720.37

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   _____
Last 4 digits of account number   _____

---

**3.39**   **Nonpriority creditor's name and mailing address**

Northland Fastening Systems Inc.
380 Rivertown Drive Suite 800 Woodbury, MN 55125

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 818.76

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   _____
Last 4 digits of account number   _____

---

**3.40**   **Nonpriority creditor's name and mailing address**

O'Brien Steel
1700 NE Adams Street Peoria, IL 61604

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 4,486.35

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   _____
Last 4 digits of account number   _____

---

**3.41**   **Nonpriority creditor's name and mailing address**

Optima
130 Cedar Street Saint Paul, MN 55110

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 12,734.23

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   _____
Last 4 digits of account number   _____

Debtor    M & N Structures, Inc.
_____
Name

Case number _(if known)_____

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 42    **Nonpriority creditor's name and mailing address**

Opus Design Build, L.L.C.
10350 Bren Road W
Hopkins, MN 55343

**As of the petition filing date, the claim is:**
_Check all that apply._
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Monies Loaned / Advanced

$ 56,000.00

Date or dates debt was incurred    05/09/2025

Last 4 digits of account number _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.** 43    **Nonpriority creditor's name and mailing address**

Plunketts Pest Control
40 52nd Way Northeast Fridley, MN 55421

**As of the petition filing date, the claim is:**
_Check all that apply._
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Services

$ 375.60

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.** 44    **Nonpriority creditor's name and mailing address**

Productivity Incorporated
15150 25th Avenue N Plymouth, MN 55447

**As of the petition filing date, the claim is:**
_Check all that apply._
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 753.14

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.** 45    **Nonpriority creditor's name and mailing address**

Quality Forklift Sales & Service, Inc.
3500 12th Ave E Shakopee, MN 55379

**As of the petition filing date, the claim is:**
_Check all that apply._
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Services

$ 13,698.54

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.** 46    **Nonpriority creditor's name and mailing address**

Ruff Mfg. Inc.
21105 Edmonton Ave Farmington, MN 55024

**As of the petition filing date, the claim is:**
_Check all that apply._
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 3,850.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

Debtor    M & M Structures, Inc.
Name

Case number _(if known)_____

## Part 2:    Additional Page

| | **Amount of claim** |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.** **47**  **Nonpriority creditor's name and mailing address**

Safety Rail Co
4244 Shoreline Dr Spring Park, MN 55384

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 17,104.30

**Basis for the claim:** Suppliers or Vendors

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.** **48**  **Nonpriority creditor's name and mailing address**

Sandman Structural Engineers
1587 30th Ave South Moorhead, MN 56560

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 5,250.00

**Basis for the claim:** Services

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** **49**  **Nonpriority creditor's name and mailing address**

SAV Transportation Group Inc
11325 Xeon Street NW Coon Rapids, MN
55448-0050

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,283.38

**Basis for the claim:** Services

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** **50**  **Nonpriority creditor's name and mailing address**

Sightlines/Seven Seas Inc.
1620 Central Ave NE. #159 Minneapolis, MN
55413

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,141.88

**Basis for the claim:** Suppliers or Vendors

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.** **51**  **Nonpriority creditor's name and mailing address**

Stan Koch & Sons Trucking Inc
PO Box 86 Minneapolis, MN 55486-2753

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,300.00

**Basis for the claim:** Services

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor   M & M Structures, Inc.
         Name
                                                        Case number (if known)_____

| **Part 2:** | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.** 52  **Nonpriority creditor's name and mailing address**

Uline Inc
Attn: Accounts Receivable PO Box 88741
Chicago, IL 60680-1741

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 211.41

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 53  **Nonpriority creditor's name and mailing address**

West Central Steel
110 19th Street NW P.O. Box 1178 Willmar, MN
56201-1178

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 154,943.20

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 54  **Nonpriority creditor's name and mailing address**

Winsted Farmers Co-op
23343 Babcock Ave PO Box 216 Winsted, MN
55395

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 111.90

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** ____  **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ _____

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.** ____  **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ _____

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor   M & R Structures, Inc.

Name

Case number *(if known)*_____

| | |
|---|---|
| **Part 3:** | List Others to Be Notified About Unsecured Claims |

**4.** **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| **4.1.** Cara Passaro, Esq.<br>3601 Minnesota Drive<br>France Place, Suite 450<br>Minneapolis, MN, 55435 | Line 3.7<br>☐ Not listed. Explain: | _____ |
| **4.2.** Jason Asmus, Esq.<br>80 South Eighth Street<br>2200 IDS Center<br>Minneapolis, MN, 55402 | Line 3.42<br>☐ Not listed. Explain | _____ |
| **4.3.** Mark Giaquinta, Esq.<br>444 E Main Street<br>Fort Wayne, IN, 46802 | Line 3.7<br>☐ Not listed. Explain | _____ |
| **4.4.** New Millennium<br>1690 Broadway, Bldg. 19<br>Suite 160<br>Fort Wayne, IN, 46802 | Line 3.7<br>☐ Not listed. Explain | _____ |
| **41.** | Line ____<br>☐ Not listed. Explain | _____ |
| **4.5.** | Line ____<br>☐ Not listed. Explain | _____ |
| **4.6.** | Line ____<br>☐ Not listed. Explain | _____ |
| **4.7.** | Line ____<br>☐ Not listed. Explain | _____ |
| **4.8.** | Line ____<br>☐ Not listed. Explain | _____ |
| **4.9.** | Line ____<br>☐ Not listed. Explain | _____ |
| **4.10.** | Line ____<br>☐ Not listed. Explain | _____ |
| **4.11.** | Line ____<br>☐ Not listed. Explain | _____ |

Debtor    Mead-Gruetzwest Inc.
          Name                                                    Case number (if known)

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 0.00 |
| 5b. **Total claims from Part 2** | 5b. + | $ 2,204,089.04 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 2,204,089.04 |

**Fill in this information to identify the case:**

Debtor name __M & N Structures, Inc.__

United States Bankruptcy Court for the: __District of Minnesota__

Case number (If known): _____   Chapter __11__

☐ Check if this is an amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases

**12/15**

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | Office Lease - 135 1 Street N., Winsted, MN<br>Lessee | George McGuire<br>1206 First Avenue E.<br>Shakopee, MN, 55379 |
| | State the term remaining | 2 months | |
| | List the contract number of any government contract | | |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | Office/Shop Lease - 301 Industrial Blvd., Winsted, MN<br>Lessee | KBRA, LLC<br>16611 Bywood Lane<br>Minnetonka, MN, 55435 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | 2020 Combilift<br>Lessee | Wells Fargo Bank, N.A.<br>800 Walnut Street<br>4th Floor<br>Des Moines, IA, 50309 |
| | State the term remaining | 3 Months | |
| | List the contract number of any government contract | | |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name ___M & N Structures, Inc.___

United States Bankruptcy Court for the: ___District of Minnesota___

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Codebtors

**12/15**

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**
   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.*** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 Betsy Niemeier | 16611 Bywood Lane<br>Minnetonka, MN 55345 | BMO Bank N.A. | ☑ D<br>☐ E/F<br>☐ G |
| 2.2 KBRA, LLC | 16611 Bywood Lane<br>Minnetonka, MN 55345 | BMO Bank N.A. | ☑ D<br>☐ E/F<br>☐ G |
| 2.3 Betsy Niemeier | 16611 Bywood Lane<br>Minnetonka, MN 55345 | U.S. Small Business Adm | ☑ D<br>☐ E/F<br>☐ G |
| 2.4 | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.5 | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.6 | | | ☐ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case:**

Debtor name _M & N Structures, Inc._

United States Bankruptcy Court for the: _District of Minnesota_

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy  04/25

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
| --- | --- |

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- | --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** | From _01/01/2025_<br>MM / DD / YYYY | to | Filing date | ☑ Operating a business<br>☐ Other | $ _2,149,374.04_ |
| **For prior year:** | From _01/01/2024_<br>MM / DD / YYYY | to | _12/31/2024_<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other | $ _10,496,893.00_ |
| **For the year before that:** | From _01/01/2023_<br>MM / DD / YYYY | to | _12/31/2023_<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other | $ _30,936,166.00_ |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- | --- | --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** | From _____<br>MM / DD / YYYY | to | Filing date | _____ | $ _____ |
| **For prior year:** | From _____<br>MM / DD / YYYY | to | _____<br>MM / DD / YYYY | _____ | $ _____ |
| **For the year before that:** | From _____<br>MM / DD / YYYY | to | _____<br>MM / DD / YYYY | _____ | $ _____ |

| Debtor | M & N Structures, Inc. | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |
|---|---|

**3.  Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| | | | | *Check all that apply* |
| 3.1. | Infra-Metals Co. | | $ 440,126.00 | ☐ Secured debt |
| | Creditor's name | | | ☐ Unsecured loan repayments |
| | 5401 Highway 41 North #9400 | | | ☐ Suppliers or vendors |
| | Evansville, IN 47711 | | | ☐ Services |
| | | | | ☑ Other _____ |
| 3.2. | Brown Strauss Inc. | | $ 227,797.57 | ☐ Secured debt |
| | Creditor's name | | | ☐ Unsecured loan repayments |
| | 802 Kindleberger Road | | | ☐ Suppliers or vendors |
| | Kansas City, KS 66115 | | | ☐ Services |
| | | | | ☑ Other _____ |

**4.  Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | | _____ | $_____ | |
| | Insider's name | _____ | | |
| | | _____ | | |
| | **Relationship to debtor** | | | |
| | | | | |
| 4.2. | | _____ | $_____ | |
| | Insider's name | _____ | | |
| | | _____ | | |
| | **Relationship to debtor** | | | |

Debtor  M & N Structures, Inc.
_____    Case number (if known)_____
Name

---

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1. _____ Creditor's name | | _____ | $_____ |
| 5.2. _____ Creditor's name | | _____ | $_____ |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| Benson-Orth Associates, Inc. Creditor's name 1000 Boone Avenue N Suite 100 Minneapolis, MN 55427 | Last 4 digits of account number: XXXX– _____ | _____ | $ 375,224.55 |

---

**Part 3:    Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. Benson-Orth Associates, Inc. v. M&N Structures, Inc. | Breach of Contract - Collections | McLeod County District Court | ☑ Pending ☐ On appeal ☐ Concluded |
| Case number n/a | | MN | |
| 7.2. Case title | | Court or agency's name and address | ☐ Pending ☐ On appeal ☐ Concluded |
| Case number | | | |

---

Debtor   M & N Structures, Inc.
_____
Name

Case number *(if known)*_____

---

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | _____ | $_____ |
| Custodian's name | | |
| | **Case title** | **Court name and address** |
| | _____ | _____ |
| | | Name |
| | **Case number** | |
| | _____ | |
| | **Date of order or assignment** | |
| | _____ | |

---

## Part 4:   Certain Gifts and Charitable Contributions

**9.** List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☐ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | Winstock Country Music Festival | | _____ | $7,000.00 |
| | Recipient's name | | | |
| | Winsted, MN | | _____ | $_____ |
| | **Recipient's relationship to debtor** | | | |
| | _____ | | | |
| 9.2. | _____ | | _____ | $_____ |
| | Recipient's name | | | |
| | | | _____ | $_____ |
| | **Recipient's relationship to debtor** | | | |
| | _____ | | | |

---

## Part 5:   Certain Losses

**10.** All losses from fire, theft, or other casualty within 1 year before filing this case.

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |
| | _____ | _____ | $_____ |

---

Debtor    M & N Structures, Inc.
_____    Case number (if known)_____
Name

## Part 6: Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| **11.1.** Bassford Remele, PA | Pre-petition retainer for preparation of bankruptcy petition, schedules and first-day motions. | _____ | $ 25,000.00 |
| **Address** 100 South Fifth Street Suite 1500 Minneapolis, MN 55402 | | | |
| **Email or website address** www.bassford.com | | | |
| **Who made the payment, if not debtor?** | | | |

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| **11.2.** Bassford Remele, PA | Legal fees for advice and consultation on workout plan and related issues. | 07/30/2025 | $ 12,600.00 |
| **Address** 100 South Fifth Street Suite 1500 Minneapolis, MN 55402 | | | |
| **Email or website address** www.bassford.com | | | |
| **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | _____ | $_____ |
| **Trustee** | | | |

Debtor      M & N Structures, Inc.                                    Case number *(if known)*_____
            Name

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | _____ | | _____ | $_____ |
| | **Address** | | | |
| | | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |
| 13.2. | Who received transfer? | | _____ | $_____ |
| | _____ | | | |
| | **Address** | | | |
| | | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

| **Part 7:** | **Previous Locations** |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| | Address | Dates of occupancy |
|---|---|---|
| 14.1. | | From _____   To _____ |
| 14.2. | | From _____   To _____ |

| Debtor | M & N Structures, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

---

**Part 8:**    **Health Care Bankruptcies**

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____<br>Facility name | | _____ |
| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept?<br><br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.2. _____<br>Facility name | | _____ |
| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept?<br><br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |

---

**Part 9:**    **Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: _____ |

Has the plan been terminated?

☐ No

☐ Yes

Debtor    M & N Structures, Inc.
_____    Case number *(if known)* _____
Name

---

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1. _____<br>Name | XXXX–_____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |
| 18.2. _____<br>Name | XXXX–_____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br><br>Address | | | ☐ No<br>☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br><br>Address | | | ☐ No<br>☐ Yes |

---

| Debtor | M & N Structures, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

## Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| Various - Prepurchased Supplies for Cust | | | $ 161,145.20 |
| Name | | | |

## Part 12:    Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | ☐ Pending |
| Case number | Name | | ☐ On appeal |
| | | | ☐ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |

Debtor    M & N Structures, Inc.    Case number *(if known)*_____
     Name

---

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____<br>Name | _____<br>Name | | _____ |

---

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

---

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

|  | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | _____<br>Name | | EIN: _____<br>**Dates business existed**<br><br>From _____    To _____ |
| 25.2. | _____<br>Name | | EIN: _____<br>**Dates business existed**<br><br>From _____    To _____ |
| 25.3. | _____<br>Name | | EIN: _____<br>**Dates business existed**<br><br>From _____    To _____ |

---

Debtor   M & N Structures, Inc.
_____
Name

Case number *(if known)*_____

### 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. | All In One Accounting<br>Name<br>1715 Yankee Doodle Road, Suite 305, Eagan, MN 55121 | From _____<br><br>To _____ |
| 26a.2. | _____<br>Name | From _____<br><br>To _____ |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26b.1. | Froehling Anderson<br>Name<br>400 US 169, Suite 400, Minneapolis, MN 55426 | From _____<br><br>To _____ |
| 26b.2. | _____<br>Name | From _____<br><br>To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. | All In One Accounting<br>Name<br>1715 Yankee Doodle Road, Suite 305, Eagan, MN 55121 | |

Debtor    M & N Structures, Inc._____    Case number *(if known)*_____
         Name

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.2. _____<br>Name | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|
| 26d.1. _____<br>Name |

| Name and address |
|---|
| 26d.2. _____<br>Name |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|
| 27.1. _____<br>Name |

Debtor    M & N Structures, Inc.
_____
Name

Case number (if known)_____

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |
| **Name and address of the person who has possession of inventory records** | | |
| 27.2.  _____<br>Name | | |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Jonathan Henriksen - President | | | |
| Betsy Niemeier - Owner | | | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1.  _____<br>Name | _____ | _____ | |
| | | _____ | |
| | | _____ | |
| **Relationship to debtor** | | _____ | |
| _____ | | | |

Debtor    M & N Structures, Inc.
_____    Case number (*if known*)_____
Name

| 30.2 | **Name and address of recipient** | | _____ | _____ |
|------|-----|---|---|---|

_____    _____
Name

_____

_____

_____

**Relationship to debtor**    _____

_____

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| **Name of the parent corporation** | **Employer Identification number of the parent corporation** |
|-----|-----|
| _____ | EIN: _____ |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| **Name of the pension fund** | **Employer Identification number of the pension fund** |
|-----|-----|
| _____ | EIN: _____ |

---

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    07/30/2025
          MM  / DD  / YYYY

✖ /s/ Jonathan Henriksen _____    Printed name  Jonathan Henriksen _____
Signature of individual signing on behalf of the debtor

Position or relationship to debtor  President _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☐ No

☑ Yes

---

Debtor Name   M & N Structures, Inc.

Case number *(if known)*_____

## Continuation Sheet for Official Form 207

**3) Certain payments or transfers to creditors within 90 days before filing this case**

| | |
|---|---|
| Everest Steel, | $116,096.66 |
| Vulcraft, | $65,500.00 |
| Platinum Management LLC, | $36,400.00 |
| Safety Rail Co, | $36,393.11 |
| New Millennium Building Systems, | $34,794.11 |
| O'Brien Steel, | $28,902.20 |
| BPS Fabrication, | $22,770.00 |
| Central McGowan, Inc., | $17,915.51 |
| McLeod County Auditor-Treasurer, | $17,299.93 |
| Opus Design Build, | $16,800.00 |
| AZZ Galvanizing-Winsted, | $15,777.97 |
| Advanced Imaging Solutions, | $14,677.11 |
| North Second Street Steel Supply Inc., | $13,657.01 |
| Keystar Industries Inc., | $11,133.00 |
| Challman and Company, | $9,295.48 |
| Quality Forklift Sales & Service, Inc., | $8,684.30 |

United States Bankruptcy Court

District of Minnesota

In re:    M & N Structures, Inc.

                                       Debtor(s)

Case No.

Chapter    11

### Verification of Creditor Matrix

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:    _____07/30/2025_____

/s/ Jonathan Henriksen
_____
Signature of Individual signing on behalf of debtor

President
_____
Position or relationship to debtor

Accurate Repair, Inc
13575 96th St SE Becker, MN 55308

Advanced Imaging Solutions
6121 Baker Road Suite 110 Minnetonka, MN

Allplan/SDS2
8333 Glynoaks Drive, Suite 200 Lincoln,

Andy's Lawn & Snow LLC
19384 Babcock Avenue Lester Prairie, MN

ARC Document Solutions LLC
4730 Park Glen Rd St Louis Park, MN 5541

AZZ Galvanizing-Winsted
800 6th St South Winsted, MN 55395

Benson-Orth Associates, Inc.
1000 Boone Avenue N
Suite 100
Minneapolis, MN 55427

Benson-Orth Associates, Inc.

Betsy Niemeier
16611 Bywood Lane
Minnetonka, MN 55345

BMO Bank N.A.
111 W. Monroe Street
17th Floor
Chicago, IL 60603

BPS Fabrication
314 State Road 35 Osceola, WI 54020

Brown Strauss Inc.
802 Kindleberger Rd Kansas City, KS 6611

Brown-Campbell Company
11800 Investment Drive Shelby Twp., MI 4

Canam Steel Corporation
4010 Clay Street Point of Rocks, MD 2177

Cara Passaro, Esq.
3601 Minnesota Drive
France Place, Suite 450
Minneapolis, MN 55435

Central Hydraulics, Inc.
1158A HWY 7 Hutchinson, MN 55350

Central McGowan, Inc.
139156 PO BOX 1691 MINNEAPOLIS, MN 55480

Challman and Company
2900 14th Avenue South PO Box 7264 Minne

Coalition9
PO BOX 834 Lester Prairie, MN 55354

DaRan, Inc
PO BOX 284 Zimmerman, MN 55398

Diamond Vogel
2100 North Second St Minneapolis, MN 554

ERA Structural Engineering
2550 University Avenue West Suite 423-S

Everest Steel, Inc.
2722 Illsley Ave SW Howard Lake, MN 5534

Ficep Corporation
2301 Industry Court Forest Hill Industri

Froehling Anderson Ltd.
400 Highway 169 S, Suite 400 St. Louis P

George McGuire
1206 First Avenue E.
Shakopee, MN 55379

Handi Commercial Cleaning
228 Broadway Ave Saint Paul Park, MN 550

Herc-U-Lift
5655 Highway 12 West P.O. Box 69 Maple P

HILTI
5400 South 122nd East Ave Tulsa, OK 7414

Infra-Metals Co.

Innovative Structural Solutions, P.A.
5279 Kyler Avenue NE Albertville, MN 55

Jason Asmus, Esq.
80 South Eighth Street
2200 IDS Center
Minneapolis, MN 55402

JV Associates Ltd
PO Box 520 Hutchinson, MN 55350-0520

K-Way Express Inc.
PO Box 266 Winsted, MN 55395

KBRA, LLC
16611 Bywood Lane
Minnetonka, MN 55435

KBRA, LLC
16611 Bywood Lane
Minnetonka, MN 55345

KCR Advisory LLC
7111 Oak Pointe Curve Bloomington, MN 55

Keystar Industries Inc.
1920 Shawnee Rd Eagan, MN 55122

Knutson Trucking
PO Box 155 Hamel, MN 55340

Lakes Gas Company
PO Box 325 1101 Highway 7 West Silver La

LeJeune Bolt Company
3500 West Highway 13 Burnsville, MN 5533

Loffler
PO Box 660831 Dallas, TX 75266-0831

Mark Giaquinta, Esq.
444 E Main Street
Fort Wayne, IN 46802

Mars Supply
4319 W 1st Street Duluth, MN 55807

McLeod County Auditor-Treasurer
520 Chandler Ave N Glencoe, MN 55336-282

Michael D. Gordon, Esq.
2200 IDS Center, 80 South Eighth Street
Minneapolis, MN 55402

New Millennium
1690 Broadway, Bldg. 19
Suite 160
Fort Wayne, IN 46802

North Second Street Steel Supply Inc.

Northland Fastening Systems Inc.
380 Rivertown Drive Suite 800 Woodbury,

O'Brien Steel
1700 NE Adams Street Peoria, IL 61604

Optima
130 Cedar Street Saint Paul, MN 55110

Opus Design Build, L.L.C.
10350 Bren Road W
Hopkins, MN 55343

Plunketts Pest Control
40 52nd Way Northeast Fridley, MN 55421

Productivity Incorporated
15150 25th Avenue N Plymouth, MN 55447

Quality Forklift Sales & Service, Inc.
3500 12th Ave E Shakopee, MN 55379

Ruff Mfg. Inc.
21105 Edmonton Ave Farmington, MN 55024

Safety Rail Co
4244 Shoreline Dr Spring Park, MN 55384

Sandman Structural Engineers

SAV Transportation Group Inc
11325 Xeon Street NW Coon Rapids, MN 55

Sightlines/Seven Seas Inc.
1620 Central Ave NE. #159 Minneapolis, M

Stan Koch & Sons Trucking Inc
PO Box 86 Minneapolis, MN 55486-2753

U.S. Small Business Administration
2 North 20th Street
Suite 320
Birmingham, AL 35203

Uline Inc
Attn: Accounts Receivable PO Box 88741

Wells Fargo Bank, N.A.
800 Walnut Street
4th Floor
Des Moines, IA 50309

West Central Steel
110 19th Street NW P.O. Box 1178 Willmar

Winsted Farmers Co-op